452 A.2d 1076

Commonwealth v. Waddell, Appellant.

Submitted April 7, 1982. Andrew G. Gay, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.
Judgment of sentence affirmed.